**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

_____
                                                    )
**DR. WILLIAM WOOD, et al.,**                       )
                                                    )
    **Plaintiffs,**                                )
                                                    )    **Civil Action No.**
    **v.**                                        )    **13-CV-10115**
                                                    )
**MASSACHUSETTS DEPARTMENT OF**                     )
**TRANSPORTATION, et al.,**                         )
                                                    )
    **Defendants.**                                )
_____)

**ORDER ON PRO SE APPEARANCE OF
GREEN LINE ADVISORY GROUP FOR MEDFORD**

**SAYLOR, J.**

Dr. William Wood, Carolyn Rosen-Wood, and the Green Line Advisory Group for Medford have brought this action against the Massachusetts Department of Transportation, and related parties, alleging that defendants violated the National Environmental Policy Act, 42 U.S.C. §§ 4321-4347.  Plaintiffs seek a court order enjoining defendants from proceeding with the Green Line Extension Project that proposes infrastructure modifications to the rail lines in Medford, Massachusetts.

No counsel has entered an appearance for plaintiffs.  An organizational entity must appear in this Court only by an authorized attorney.  *See, e.g.*, *Duquette v. Stern*, 2011 WL 468783, \*1 (D. Mass. 2011); *Volumetric Imaging, Inc. v. Teledyne, Inc.*, 194 F.R.D. 373, 374 (D. Mass. 2000).  Because an organizational entity may not proceed *pro se*, the Court will give plaintiff Green Line Advisory Group for Medford 30 days to obtain counsel.  Accordingly, the Green Line Advisory Group for Medford must obtain counsel by March 28, 2013, or its claims will be dismissed.

**So Ordered.**

/s/ F. Dennis Saylor IV

F. Dennis Saylor IV

Dated: February 26, 2013                     United States District Judge