UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dr. William Wood (Pro Se)<br>Carolyn Rosen (Pro Se)<br><br>Plaintiffs,<br><br>vs.<br><br>Massachusetts Department of Transportation<br>Richard Davey (in his capacity as Secretary of<br>Massachusetts Dept. of Transportation,<br><br>Federal Transit Administration, Region I<br>Mary Beth Mello (in her capacity as Regional<br>Administrator of the Federal Transit<br>Administration, Region I)<br><br>Defendants. | Civil Action No. 1:3-cv-10115-FDS<br><br>Motion for Extension to Just Cause<br><br>Date: August 16, 2013 |

## Motion for Extension of Time to Show Just Cause

The Plaintiffs, Dr. William Wood and Carolyn Rosen, hereby move this Court for an extension of time until September 6, 2013 to answer or otherwise respond in just cause to the Memorandum And Order to Dismiss.

In support of this motion, the Plaintiffs state as follows:

1. The Order on Civil Docket schedule concerning deadline to show Just Cause was not received in a timely manner by Plaintiffs until August 7, 2013.

2. The Plaintiffs thus require additional time to prepare a Just Cause Response why such dismissal is inappropriate and to prepare documentation necessary to address Just Cause to the extent necessary.

1

Respectfully submitted:

_____
Dr. William Wood (Pro Se)
25 Bussell Road
Medford, MA 02155
Tel: 781-391-8424
ww2wood@comcast.net


_____
Carolyn Rosen (Pro Se)
25 Bussell Road
Medford, MA 02155
Tel: 781-391-8424
carolynrosen@comcast.net


Date: August 16, 2013